of Midland County, Michigan, denied. *Mr. A. W. Richter* for petitioner. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 576. MEEKS *v.* TAYLOR, TRUSTEE, ET AL. February 14, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. L. E. Heath* and *Benjamin E. Pierce* for petitioner.

No. 582. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* POWELSON, ASSIGNEE, ET AL. February 14, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Fahy* and *Mr. William C. Fitts, Jr.* for petitioner. *Messrs. George Lyle Jones* and *George H. Wright* for respondents.

No. 585. NOEL ET AL. *v.* OLDS ET AL. February 14, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Frank J. Hogan* and *James C. Rogers* for petitioners. *Messrs. John E. Larson, Homer Cummings, O. Max Gardner, William Stanley, J. Edward Burroughs, Jr., Cushman Radebaugh,* and *Harry McMullan* for respondents.

No. 591. COOPERATIVE TRANSIT CO. ET AL. *v.* STATE ROAD COMMISSION. February 14, 1944. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Messrs. Jay T. McCamic* and *Gordon D. Kinder* for petitioners.